UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Constance Pearson                            Case No.  04-44875-tjt

                                                          Chapter    13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of One Thousand Two Hundred Fifty-Nine and 67/100 dollars ($1,259.67), of unclaimed funds held in the U.S. Treasury to:

        Resurgent Capital Services LP
        c/o Dilks & Knopik, LLC.
        PO Box 2728
        Issaquah, WA 98027-0125

**Signed on September 23, 2009**

                                                        /s/ Thomas J. Tucker
                                                           **Thomas J. Tucker**
                                                           **United States Bankruptcy Judge**